IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ALTON MORAN and MARGARET MORAN                                    PLAINTIFFS

VERSUS                                                    1:06-cv-865 LG-RHW

STATE FARM FIRE & CASUALTY COMPANY and
MICHAEL MEYERS                                                    DEFENDANTS

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and the

Defendants, State Farm Fire and Casualty Company and Michael Meyers, acting through their

respective counsel of record, that these parties have reached an amicable settlement of this

controversy without the necessity of further litigation, and would show the following:

1.      The Complaint against State Farm and Michael Meyers will be dismissed, with

prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2.      Dismissal will be without taxation of costs, each party to bear its own costs and

attorney fees.

STIPULATED AND AGREED, this the 27th day of July, 2007.

Respectfully submitted,


ALTON T. MORAN
Attorney for Plaintiffs


VINCENT J. CASTIGLIOLA, JR. (#5923)
Attorney for Defendant